JOHN KELLY v. THE STATE.

No. 9010.   Delivered January 7, 1925.

No motion for rehearing filed.

**Selling Intoxicating Liquors.**

There being no statement of facts, nor bills of exception in the record, the cause is affirmed.

Appeal from the District Court of Anderson County.   Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction for selling intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Anderson county of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary.

There being neither statement of facts nor bills of exception in the record, and the indictment and charge of the court appearing to be in conformity with law, an affirmance will be ordered.

*Affirmed.*